1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

JACQUELINE L. COSTA,

12

Plaintiff,

13

v.

14

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL

15

SECURITY ADMINISTRATION,

16
17

Defendant.

) Case No. ED CV 10-0655 JCG
)
)
) **JUDGMENT**
)
)
)
)
)
)
)
)

18
19
20      IT IS ADJUDGED that the decision of the Commissioner of the Social

21   Security Administration is **AFFIRMED**.

22
23
24   Dated: April 22, 2011

_____
Hon. Jay C. Gandhi
United States Magistrate Judge

25
26
27
28